Case No. 243876 Daniel Grand v. City of University Heights OH Oral argument not to exceed 15 minutes per side Mr. Quainton you may proceed for the appellant Good morning and welcome to the circuit My name is Eden Quainton and I represent Mr. Daniel Grand who is the plaintiff and the appellant in this case As your honors know this case is an important case of violation of First Amendment and RELUPA procedural due process as well What I'd like to do is highlight for you what I think are the most important aspects of the appeal Could I ask you, forgive me for interrupting, but if we put the Fourth Amendment and the FACE Act stuff to the side Just put that to the side for now and just focus on whether this is a sufficiently ripe challenge given the fact that your client withdrew his application If we assume for the sake of argument that a ripeness decision is without prejudice So in other words, if we say the RELUPA claim was dismissed because it wasn't ripe But that doesn't prohibit Mr. Grand from filing another lawsuit I'm struggling with why would you or your client care at this point In other words, I don't mind hearing a legal answer, that's interesting to me as well But I'm just struggling, I'm trying to put myself in Mr. Grand's position He still has the Fourth Amendment and FACE Act, he has RELUPA hovering over the city if they choose to act unreasonably I just clarified for the sake of argument for this question that we assume the dismissal on this point would be without prejudice What's the downside? Because he just comes back if the city behaves unreasonably We might want to have the clerk keeping the time on this Do you have the time going? I'm sorry No, it's not on you It's not on you There we go Thank you Judge Batchelder I apologize I'm not going to repeat the question though, so go ahead and see what you So just stepping back, why would he pursue this? And the reason is that On RELUPA, given that the decision is without prejudice So just keep the focus there If I could keep the focus, because you said beyond the law, let's just focus on why he's doing what he's doing And the reason is that a violation of the First Amendment, the chilling of your right to pray is a harm that cannot be undone That harm But his withdrawal says I don't need the variance Well, that's not what he says I mean, so I assume he thinks he can pray and invite people over I have no idea what's going on But the point is, he proceeds as he thinks the First Amendment and RELUPA allow The minute the city gets in the way of those free exercise and RELUPA rights Everyone's back in court I mean, it's as simple as that Well, respectfully, Your Honor, it's not as simple as that because this case begins on January 21st On January 21st, Mr. Grant sends out an email and says We know the facts I know this is what you wanted to argue, and I'm sorry to push you to what I want to hear, but that's how this works I'm trying as best I can to understand Okay, so let's just focus on finality We'll just talk law then, okay? We know there's no exhaustion requirement, but we know after Williamson and Nick, you've got to have a decision There is no decision So what do we do about that? That's not correct There is a decision The decision is the actual cease and desist order That is an action Is that enforceable? How would the city enforce the cease and desist order? The city says what they would do is they would send people to Yeah, but have they done that? They've monitored his house They've sent police to monitor his house The mayor actually, on March 23rd, he says to the community If you see people going into Mr. Grant's house to engage in activities that are consistent with the house of worship Report that You can report that and we will take action That's a harm And I asked him, I asked the mayor in his deposition I said, what does that mean if four people in black hats go into Mr. Grant's home? And he's an orthodox Jew, as you know, orthodox Jews wear these black hats, very distinctive I said, if four people go into Mr. Grant's house on Shabbos to pray Could that be a violation that people could report to the police? And you know what the mayor says? He says, yes, it could He actually says, yes, it could So why the 18 month delay? So he withdraws his application March 23rd, 2021 You claim he's living under this massive threat and yet the lawsuit takes 18 months That doesn't make sense if what you're saying is true But the other thing I want to know is part of what Judge Sutton is asking is Has he continued during this 18 month period to have some of these meetings in his home? He has not That's the entire point He has not, he has felt chilled for this entire period Now, there were some discussions What's the chilling? I mean, the emails show that most people on this commission thought the statute didn't even apply That these were kind of informal gatherings They didn't count as a religious meeting It's fascinating to me that he didn't just continue with the case It looked like he was going to win it Respectfully, I think you do need to go back to the beginning To go back to the prior restraint A person wants to pray in his home And he says, I want to have a shul in my home The mayor says, he hears this And immediately, without investigation Without doing anything other than talking to a person that he doesn't find credible He says, I'm going to shut this down On the eve of Shabbos What he says is, I want, this is the eve of Shabbos To make sure you don't pray on the Sabbath I'm sending out a cease and desist letter So, what that means Is the mayor the final decision maker? The mayor was the final decision maker on that Shabbos evening, yes Answer my question Is the mayor the final decision maker as to what this zoning ordinance means? Not as to the zoning ordinance, but as to Okay, the variance I mean, you understand what I'm saying I understand But I think you're looking at this from a land use perspective And not from a First Amendment perspective I think if you look at it from a First Amendment perspective The mayor says to a citizen If you pray tomorrow That will be a violation And he cites a statute Which he miscites, by the way He says, if you have a shul, which is not in the statute If you have a place of assembly, which is not in the statute You will be in violation of our rules So, the mayor, in that situation I mean, listen You don't have to push too hard on the free exercise sensitivities I think we got that There is a difficult issue for the town The difficult issue for the town Is there is some number of people In a religious gathering Where it's a sufficient number of people That it really deserves a different zoning Or you need a variance I mean, that's quite legit You can have all the free exercise rights in the world He cannot put a 3,000 person synagogue In University Heights I mean, he just can't do that The First Amendment would not require it So, that proves there is some difference Between one person praying and 3,000 It's complicated There is some But he withdrew his application To help us figure out Whether it's 10, 12, 20 What the city was going to do And right now, we have no idea Whether it's 1, 10, 12, 50 Where that is And you either should find that out Which you can Or, you know, I don't understand Why he can complain on free exercise grounds Because there is clearly a way to figure this out Because nothing can undo the harm that was done Nothing can undo We can win at the end But nothing can undo that harm I want to pray tomorrow And a mayor says If you pray tomorrow Let's just keep it simple You pray tomorrow You're going to jail Let's say he says that, okay? And let's say that that's arbitrary and capricious And not found in the statute And I say The mayor, under color of law Told me I couldn't pray And I would go to jail if I did pray That would be a violation, right? Well, not necessarily What if the facts were And I understand you're going to say These aren't the facts But if he had said I'm going to have 1,000 people In my suburban home Or I don't know where University Heights is But whatever My residential neighborhood I'm going to have 1,000 people there tomorrow To pray You concede that the mayor could say No, you can't do that Your Honor, I agree 100% But what actually happened is The mayor had a conversation With Mr. Grant On the eve of Shabbos And Mr. Grant says What I want to do Is have 10 people I want to have a minion in my home tomorrow And the mayor says I don't care You cannot have a shul He does not listen He basically says exactly what I said What did the other members of the Planning Commission say? Your Honor, again That's at the hearing I'm trying to focus your attention On the eve of Shabbos When a person's free exercise rights are shut down And the second thing I'd like to focus on Is March 23rd When the mayor says You cannot engage In any activities Consistent with a house of worship Or you cannot congregate These are made up terms But he says to the citizens of his own community If you do You should report the person That is an action That surely must be an arbitrary and capricious act Of a government official Independently of whatever happens in the future Independently of whether we win What if he doesn't have authority to do that? If what? What if he doesn't have authority To do what you just said? He still did it If it's ultra viris, it's ultra viris I mean, a neighbor could say it That doesn't create a claim Well, no If a mayor acts arbitrarily You understand the point That the Planning Commission Is where you go to deal with this He is not the sole interpreter Of this variance authority, right? He is not I agree with you 100% And I agree with your Honor That if it were 3,000 people I would agree with you 100% But that's not what happened here What we have here is a mayor What happened here is we didn't Your client did not allow a decision By the Planning Commission Much less the Zoning Board To figure out how this exception works After his rights had been chilled For two months From January 21st to March 3rd The chilling was so significant Why did it take 18 months To file this lawsuit? Because after that There were discussions, Your Honor With the city There was an attempt And that's I mean, I can just tell you What happened The city says that There was an agreement There was no agreement But there were discussions There was an attempt To resolve this matter As perhaps there will be After this hearing is over We put Mayor Hapsen Very important What you're acknowledging The city clearly was backtracking From what you say Mayor Brennan said the rule was Okay? I agree the city backtracked And I agree that After the fact People agree now Not at the time Of the original violation Not at the time Of the original chilling If a mayor says You can't have a flag On your house tomorrow And you don't put the flag On your house And let's say that's Ultraviolet You don't have the authority To do it But you didn't engage In your protected Constitutional rights Because an authority A figure Under color of law Who's the mayor of the city says You may not act in that manner Surely we don't live In a country Where you have to say Well I have to wait Until there's a final decision By a planning board That's not what Nick says That's not what The Supreme Court says The Supreme Court says When a harm occurs That's when it's right The harm here occurred The moment the mayor told Mr. Grant I see my time is up I'll just finish with this The moment the mayor told Mr. Grant You may not pray I don't care what you're saying Can you do this on rebuttal But one thing that strikes me Is a little bit at odds Of what you're saying Is in the initial hearing He did not dispute Your client did not dispute That he needed a variance That this religious meeting Exception applied So that's a little at odds With your The day that Brennan says this Is the day of the harm So why don't you do that on rebuttal Let's hear from the city And you'll get your full rebuttal time Thank you, Your Honor I feel like we're in a town meeting And we ought to be able to fix this problem Is there no way to fix this? We maybe have already I'm not sure I didn't realize there were All these conversations After March 23rd Which makes considerable sense Given his withdrawal And his hope to be able To do these meetings There is no chance That this can be sorted out I mean we have a mediation office It just seems like one of these things How did this get here Is there not some way For reasonable people To accommodate this? I appreciate that And I believe it did go through The mediation department Of our circuit already Yeah, but it was not successful Good morning, good afternoon My name is Frank Scaldell And I represent the University Heights defendants I think the district court Summed it up pretty well And it's kind of reiterating A lot of things that have been said here already In the ripeness issue Quote, simply put That the factual record Before the court Is that the ordinance Did not apply Grand withdrew the application And the city did nothing further That seems to be the beginning And end of the case If you have I had asked earlier And counsel for Mr. Grand Says that there have been No further gatherings In the home Is that correct? I mean I don't know What he's been doing in his home But there's nothing Prohibiting him from doing so As exemplified by him Withdrawing his application How many people Can he have in his house? I mean I think it might Just be helpful to him To the rest of the defendants Put a number Put a number I wish you I mean I don't think I think that is A gray area I don't know What that number is And maybe that If Mr. Grand were To create a thousand person Then he would come before And you would get a decision Through the hearing He has 21 chairs In his basement Or his rec room So You know 21 people Fine And how does he get The answer to that question? But surely he needs to know How many people He can have over And I assume That the answer is Somewhere between Two and a thousand And it might be helpful If he knew If the residents knew I appreciate what you're saying I think though The fact that A simple gathering Of people Of a dozen I think Is what he had said Originally Is not I don't think anybody Disputes that that's Perfectly Fine under the Local ordinances But what if he wanted to have A graduation party For one of his kids And there were 52 kids Who wanted to come But it wouldn't be A religious gathering It's a graduation party Is that still a problem? It's not And you're echoing Some of the things That the city The commissioners Had said It's like we don't see An issue with this And they did compare it To different Whether you had A barbecue Or whether you had A graduation party Or somebody's just coming Over for a football party Those things are not Of course are not Prohibited under The local ordinances So why did you tell him That he has to get A sup If he doesn't need one Well I think It's what the city Told him I think what There was a little bit of It was unclear To the city They were based on An invitation That Mr. Grand made That seemed somewhat Expansive in the view Of the city But the Cease and desist Oh I'm sorry By that you're referring To the email Where he said He sent it to A dozen people But he said bring friends I'm saying How the city interpreted That it could be A very expansive So In relation to that And I think it's I think it's important That the Cease and desist Letter says That That The city hereby Notifies you The premises As a place of Religious assembly Or an operation Of a shul or synagogue Is prohibited To quote To the extent That the premises Are currently being used For said purposes Or intended to be used For such purposes In the immediate Or near future The city hereby Demands that you stop And then says What the penalties Could be Essentially That's There's nothing To really enforce With that But it's letting you know Here's what the The ordinance says Yeah it's just not Super clear If you're a resident How many people Yeah I mean they could pray At the graduation party They could Plus all our graduates Ultimately Grant himself Did not see an issue With What he wanted to do And      The ordinances So there's nothing That stopped him But you say that solely Because he withdrew And said This isn't a religious gathering Well he said No it's Yeah I mean they said That he That this doesn't fall Under the ordinances So you would think Well okay this is done And that Can I just return When I asked About resolving this You jumped to Sixth circuit mediation Which is fine But I think Your friend on the other side Was saying The reason he took Eighteen months To file this lawsuit Was that there were Conversations Between him and the city Were you not You didn't participate in those It sounds like they were That's really the answer To Judge Larson's question They were trying To figure it out And somehow I'm just curious Why they couldn't Figure it out I'm assuming The lawyer's correct That they did talk Yeah I'm sorry I'm not clear on What exactly the nature Of those conversations I know with regard to The mediation And there's been discussions Of settling This issue   I don't know about Regarding his use Of the property I didn't honestly I didn't think That that was an issue I figured that Based on his withdrawal He's acknowledged That the ordinance Doesn't apply to him So he can go ahead And use it In the way that You know he had Intended to do At least how he's Articulated it now But he hasn't done that What's that But he has not But what I've learned Here today Yeah that That he hasn't Because he feels chilled But I don't think That that's a reasonable He doesn't know How many people He can have over Well then you would Continue to I would assume You would continue To litigate You know you would Go to hearing And find out What that answer Would be This is what I Really wanted to know The correct way For him to find out How many people Can I have over Before I become A quote You know I wouldn't Do this regularly It's like Some people Want to watch Ohio State football Every Saturday I'm getting nervous I was going to say You wouldn't approve of that I disapprove But some people Want to pray And I approve And so Those people They want to do it Every Saturday Presumably need to know How many people Is too many people And what How does he find out Does he apply For an exemption To a law That doesn't apply to him I don't know I don't know how He gets certainty I'll He doesn't      I don't know How that is Other than going Through the process What I can say Is he seemed to feel Comfortable with What he intended To do Or what he Expressly stated He wanted to do And for him Withdrawing If he wanted to do And it appeared Maybe he wanted A special use permit To do something Much more extravagant I don't know But ultimately He concluded That for his intent This was going To be fine And then withdrew that So I guess To figure it out I mean you would be You probably You know If you If you made it To that magic number Of five hundred Or a thousand Whatever it is I don't know what the number is You would get cited And then You know This process Would begin again So he can't bring A pre-enforcement challenge Is basically what you're saying I believe He has to wait Until he gets a ticket And then he can Yeah I agree I agree with that Especially the way In which the The letter is Okay he can't bring A pre-enforcement challenge But he can Seek a request To You know Meet Have fifteen people Come over right That's a That's a special use Request You don't have to wait Until you're cited To do that I don't think Yeah he can do that He can do that That was what he intended To do in the beginning He can do that To this day And I assume I mean so the He is in charge Of his fate I mean he can say I want twenty people We're going to meet On Fridays And you know Other holy days And that's what I want And they either say Yes or no And if they say no He could bring A reluplicate claim Correct Or they could say Oh you don't need a permit For fifteen people Which looked like The way it was going Like it looked like He was going That's I mean from the The after the hearing Correspondence between The commissioners The majority of the commissioners That's the way It looked like It was Yeah it looked like One group was In that direction And Mayor Brennan Had thoughts of His own Possibly yeah But I mean You never know What the Ultimately with that Will look like In a hearing But yeah I mean Of course It's There was no hearing So we don't know Yeah I mean The case really I guess I should Comment on some Of the Characterization Of the Mayor's Edict With After the Petition Or the Special use Permit The  Petition request Was withdrawn I mean If you read that It basically Just reiterates The same Kind of We're back to Square one That It's okay What he's Doing But if it Exceeds a certain If it turns into A house of Assembly Or whatever The language Of the Ordinances We're basically Back to where We started But The withdrawal Of that Application Is incredibly Clear Quote I do not wish To operate A house of  As defined Under the Zoning ordinance In the Privacy of my Own home And he is Allowed to  In the Way that he Sees fit In the way That he Indicated That he Wanted to You're saying That if In fact He has not He has Chosen not To do it Not because There's any Restraint on Him at this Point Correct Precisely And You know One if I Could just do One side Thing just to Make sure you Have a chance To respond To it I do think The federal Government's Right that in A facial Challenge You don't Need finality In other   You  People Of a  Faith Could have Religious Gatherings Everyone Else has To get An exception That would Be unconstitutional Violate All its Applications And I Don't think You need Any quote Final Decision I think The problem For them Is that  District Court Addressed That And I Agree With you If you Have a Facial Claim Then Finality Is not Going to Apply But the District Court Found That a Facial Challenge Was not Stated Or developed An argument That's At page 22 Of the Opinion And also On top Of that The Ordinance Does not Apply Eliminating Facial Challenge That's The lower Court At page 22 As well The Sixth  Has held That  Put forth In a Discretion Or Legally Disregarding That Argument That There Was A Facial Challenge Actually Articulated Developed In the Lower Court I think We Understand Your Argument Thank You Very  I Appreciate Your Time I Think You Have Three Minutes Thank You For Allowing Me Three Minutes Even Though I Think I Don't Know If I  Over The Time Because Of The Original Objective     Think  Is Not Just The Mayor Acting Here I Think Your  Should Look At The Order Very Closely And Look  The Mayor Acknowledges That A Shul May Be A  Gathering Read That Carefully He Says A Shul Is Not A  I Know It Can Be A  Gathering But Nonetheless He Endorses A Season Disliss Letter Sent By The Law Director Of The City Saying If You Have A  Tomorrow In Your Home That Will Be A Violation Of Our Ordinances There Is No Universe I Can Imagine In Which That Act Does Not Violate Or Chill A Person's Free Exercise Of  From The Law     Saying If You  A Tomorrow In Your   Will   Violation        I Can Imagine In Which  Law  Of    If You Have A  In Your Home That Will Be A Violation Of Our Ordinances There Is No Universe I    Which That Act Does Not Violate Or Chill A Person's Free Exercise Of Our Ordinances There Is  Universe I Can Imagine In Which Law